IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PREFERRED UNLIMITED, INC. and : CIVIL ACTION
HUNTING FOX ASSOCIATES I, LLP :
:
    v. :
:
THYSSENKRUPP BUDD COMPANY : NO. 08-4693

ORDER

AND NOW, this 12th day of January 2009, upon consideration of Defendant's Motion for Leave to Deposit Payments into Court and the response thereto,

IT IS hereby ORDERED that:

1. The Motion is GRANTED.

2. Within 20 days of the date of this Order, the Defendant shall cause the sum of $741,634.71 to be paid into the registry of this Court by submitting a certified or cashier's check in that amount made payable to "Clerk, United States District Court" with a copy of this Order.

3. Within 20 days after receipt of the check and a copy of this Order, the Clerk of the Court shall deposit the Proceeds into an interest-bearing account, where the money and accrued interest shall remain until further order of this Court.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.