IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PREFERRED UNLIMITED, INC. and : CIVIL ACTION
HUNTING FOX ASSOCIATES I, LLP :
:
    v. :
:
THYSSENKRUPP BUDD COMPANY : NO. 08-4693

ORDER

AND NOW, this 2nd day of February 2009, upon consideration of Defendant's unopposed Motion to Extend Time for Depositing Payment into Court,

IT IS hereby ORDERED that:

1. The Motion is GRANTED.

2. Within 20 days of the date of this Order, the Defendant shall cause the sum of $741,634.71 to be paid into the registry of this Court by submitting a certified or cashier's check in that amount made payable to "Clerk, United States District Court" with a copy of this Order.

3. Within 20 days after receipt of the check and a copy of this Order, the Clerk of the Court shall deposit the Proceeds into an interest-bearing account, where the money and accrued interest shall remain until further order of this Court.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.