# DuaneMorris*

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

JEFFREY S. POLLACK
DIRECT DIAL: 215.979.1299
PERSONAL FAX: 215.689.4942
E-MAIL: jspollack@duanemorris.com

www.duanemorris.com

June 18, 2009

**VIA FACSIMILE**

The Hon. John P. Fullam
United States District Judge
15614 U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Re: *Preferred Unlimited, Inc., et al. v. Thyssenkrupp Budd Company*, No. 08-4693

Dear Judge Fullam:

At the request of your law clerk and on behalf of our clients Hunting Fox Associates I, L.P. and Preferred Unlimited, Inc. we write to provide the Court with the following status update regarding the above-referenced action:

We are pleased to report that the parties are negotiating the settlement of this matter and hope to have it resolved promptly. We respectfully request that this matter be placed in administrative suspense until settlement terms are finalized. Once settlement is finalized, we will promptly notify the Court.

Should you have any questions regarding this matter, please contact me at (215) 979-1299.

Respectfully,

Jeffrey S. Pollack

Cc: Timothy J. Bergere, Esq. (via email)
Stephen W. Armstrong, Esq. (via email)
JSP

DUANE MORRIS LLP

30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196        PHONE: 215.979.1000    FAX: 215.979.1020

# DuaneMorris

DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196
PHONE: 215.979.1000
FAX: 215.979.1020

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: | The Hon. John P. Fullam |
| FIRM/COMPANY: | The United States District Court For The Eastern District of Pennsylvania |
| FACSIMILE NUMBER: | 215.580.2136 |
| CONFIRMATION TELEPHONE: | |
| FROM: | Jeffrey S. Pollack |
| DIRECT DIAL: | 215.979.1299 |
| DATE: | June 18, 2009 |
| USER NUMBER: | 4350 |
| FILE NUMBER: | 99999-99999 |
| TOTAL # OF PAGES: (INCLUDING COVERSHEET) | 2 |
| MESSAGE: | Preferred Unlimited, Inc., et al. v. Thyssenkrupp Budd Company, No. 08-4693 |

NOTE: Original will not follow

CONFIDENTIALITY NOTICE

THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY TELEPHONE THE SENDER ABOVE TO ARRANGE FOR ITS RETURN, AND IT SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT PRIVILEGE.

If there is a problem with this transmission, please call us as soon as possible at 215.979.1021.