# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PREFERRED UNLIMITED, INC. and HUNTING FOX ASSOCIATES I, LLP, Plaintiffs | : : : : |
| v. | : Civil Action No. 08-cv-4693 : : |
| THYSSENKRUPP BUDD COMPANY, Defendant | : : : |

## STIPULATION TO DISMISS THE ACTION WITH PREJUDICE

The parties to this action stipulate and agree in accordance with their Settlement Agreement and Release dated July15, 2009 (the "Settlement Agreement") that:

1. The Court shall dismiss with prejudice this action and all Claims (as defined in the Settlement Agreement) that were asserted or could have been asserted in this action against ThyssenKrupp Budd Company, its predecessors, affiliates, successors, insurers, and assigns, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. The Court shall direct the Clerk of the Court to issue payment to Hunting Fox Associates I, LP of all the funds deposited into the Court in this action, totaling $741,634.71, together with any accrued interest.

3. All parties shall bear their own fees and costs in the action.

---

Matthew A. Taylor (#62098)
Anthony L. Gallia (#86029)
Jeffrey S. Pollack (#91888)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1000
*Counsel for Plaintiffs Preferred Unlimited, Inc. and Hunting Fox Associates, I, LLP*

Stephen W. Armstrong (#16218)
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
123 South Broad Street
Philadelphia, PA 19109
(215) 772-7552
*Counsel for Defendant ThyssenKrupp Budd Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PREFERRED UNLIMITED, INC. and :
HUNTING FOX ASSOCIATES I, LLP, :
:
    Plaintiffs :
: Civil Action No. 08-cv-4693
    v. :
:
THYSSENKRUPP BUDD COMPANY, :
:
    Defendant :

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Stipulation of the parties, the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismisses with prejudice this action and all Claims (as defined in the Settlement Agreement and Release between the parties dated July 15, 2009) asserted or that could have been asserted against ThyssenKrupp Budd Company, its predecessors, affiliates, successors, insurers, and assigns.

Further in accordance with the parties' Stipulation, the Clerk of the Court shall promptly issue payment to Hunting Fox Associates I, LP of all the funds deposited into the Court in this action, totaling $741,634.71, together with any accrued interest.

All parties shall bear their own fees and costs.

Date: _____, 2009         _____
                                                     John S. Fullam, J.