IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PREFERRED UNLIMITED, INC. and : CIVIL ACTION
HUNTING FOX ASSOCIATES I, L.P. :
:
v. :
:
THYSSENKRUPP BUDD COMPANY : NO. 08-4693

**O R D E R**

AND NOW, this 23rd day of July 2009, upon consideration of the stipulation of counsel,

IT IS ORDERED that:

1. This case shall be transferred from Civil Suspense to the active docket for final disposition.

2. In accordance with the parties' stipulation, the Clerk of Court shall transmit to Hunting Fox Associates I, L.P. the funds deposited into the registry of the Court pursuant to the Orders of January 12, 2009 and February 2, 2009, specifically, the sum of $741,634.71 plus any accrued interest.

3. Pursuant to the provisions of Local Rule 41.1(b), the above action is DISMISSED with prejudice. The Clerk is directed to mark the case-file closed.

BY THE COURT:

/s/ John P. Fullam
Fullam,          Sr. J.